LAW OFFICES OF BILL LATOUR
ALEX PANUTICH [CSBN: 280413]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NICOLE D. CRUSE, | No. CV 20-08773 MAA |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | |
| KILOLO KIJAKAZI, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND NINE HUNDRED EIGHTEEN AND 18/100 ($3,918.18) subject to the terms of the stipulation.

DATE: February 10, 2022   _____
                HON. MARIA A. AUDERO,
                UNITED STATES MAGISTRATE JUDGE